IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANCE A. VIGIL,

     Plaintiff,                                No. CIV S-08-0765 WBS EFB P

     vs.

VACAVILLE POLICE DEPARTMENT,

     Defendant.                              <u>ORDER</u>

_____/

     Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On April 22, 2008, the court ordered plaintiff to submit the required trust account statement for his application to proceed *in forma pauperis*.

     Plaintiff has now filed another application to proceed *in forma pauperis*, yet this one is deficient because the trust account statement appended to his *in forma pauperis* application represents account activity dating back only one month before the date he filed his complaint, rather than the required six months. *See* 28 U.S.C. § 1915(g). Additionally, the trust account statement is not certified.

     To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has neither paid the fee nor

1

1  submitted a proper application for leave to proceed *in forma pauperis*.

2      Accordingly, it is hereby ORDERED that plaintiff has 30 days from the date this order is
3  served in which to file a completed *in forma pauperis* application, including a certified copy of
4  his trust-account statement for the six-month period immediately preceding the filing of his
5  complaint. The Clerk of the Court is directed to mail to plaintiff a form application for leave to
6  proceed *in forma pauperis*. Failure to comply with this order will result in a recommendation
7  that this action be dismissed.

8  Dated: November 3, 2008.

                      EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE